FILED
NOV 26 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8946

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Miguel Angel RUIZ-Magallanes | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

That on or about November 25, 2007, within the Southern District of California, defendant Miguel Angel RUIZ-Magallanes did knowingly and intentionally import approximately 0.96 kilograms (2.11 pounds) of methamphetamine a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26TH, DAY OF NOVEMBER 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Miguel Angel RUIZ-Magallanes

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Jerry A. Conrad.

On November 25, 2007 at approximately 1935 hours, Miguel Angel RUIZ-Magallanes entered the United States from the Republic of Mexico via the Calexico, California, West Port of Entry Pedestrian area.

While attempting to exit the Calexico West Port of Entry pedestrian area, Customs and Border Protection Supervisor Haddock observed RUIZ walking as if he was carrying something under his arms. CBP Supervisor Haddock attempted to contact RUIZ verbal on twice, to which RUIZ ignored CBP Supervisor Haddock's commands. CBP Supervisor Haddock tapped RUIZ on the shoulder to get RUIZ's attention. CBP Supervisor Haddock obtained a negative Customs Declaration from RUIZ. CBP Supervisor Haddock escorted RUIZ to the pedestrian personal search area to conduct a patdown. During the patdown of RUIZ, CBP Supervisor Haddock discovered two black duct taped packages concealed inside of RUIZ's t-shirt next to his body. CBP Supervisor Haddock probed one of the packages and extracted a white crystallized substance. CBP Supervisor Haddock field tested the white crystallized substance, which gave a positive indication for methamphetamine. The two packages had an estimated weight of 0.96 kilograms (2.11 pounds).

RUIZ was placed under arrest and advised of his Miranda Rights, which he acknowledged and waived, agreeing to answer questions. RUIZ admitted that he knew the packages contained some type of narcotics, but did not know what type of

narcotics. RUIZ was to be paid $4,000.00 for this smuggling venture into the United States.

RUIZ was booked into the Imperial County Jail pending his initial appearance before a U.S. Magistrate Judge in El Centro, CA.