**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
ellis_johnston@fd.org

Attorneys for Defendant Mr. Ruiz-Magallanes

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07mj8946 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| MIGUEL ANGEL RUIZ-MAGALLANES, ) | |
| Defendant. ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Ellis M. Johnston, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

      Respectfully submitted,

Dated: November 27, 2007     *s/ Ellis M. Johnston, III*
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
ellis_johnston@fd.org