1 **ELLIS M. JOHNSTON III**
California Bar No. 223664
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
E-mail: ellis_johnston@fd.org
5

6 Attorneys for Mr. Ruiz-Magallanes

7

8 UNITED STATES DISTRICT COURT

9 SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )   Case No. 07mj8946
                                          )
12             Plaintiff,                 )
                                          )
13 v.                                     )   **PROOF OF SERVICE**
                                          )
14 **MIGUEL ANGEL RUIZ-MAGALLANES**,      )
                                          )
15             Defendant.                 )
                                          )
16

17        Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20        **United States Attorney**
          efile.dkt.gc1@usdoj.gov,
21

22
                                              *s/ Ellis M. Johnston, III*
23 Dated: November 27, 2007                   **ELLIS M. JOHNSTON III**
                                              Federal Defenders of San Diego, Inc.
24                                            E-mail: ellis_johnston@fd.org

25

26

27

28