

1  Law Office of Eric Beaudikofer
   Eric Beaudikofer
2  State Bar No. 56524
   414 Vine Street
3  El Centro, CA 92243
   Tel.: (760) 353-9250
4  Fax.: (760) 353-0693

5

6  Attorney for Defendant

7

8               UNITED STATES OF AMERICA

9             SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,            ) Magistrate Case No.: 07-MJ-8946
11 |         Plaintiff,                   )
                                          ) SUBSTITUTION OF ATTORNEY
12 | vs.                                  ) AND THEREON
                                          )
13 | Miguel Angel Ruiz-Magallanes         )
                                          )
14 |         Defendant.                   )

15

16      I, Miguel Angel Ruiz-Magallanes, hereby substitute the Law Office of Eric Beaudikofer, as his Attorney of record in the case on file herein. The defendant's current

17 attorney of record, is now discharged of any and all responsibility for defendant's

18 representation, including trial and appeal.

19 Dated: 11/28/07                                    _____
                                                      Miguel Angel Ruiz-Magallanes
20                                                    Defendant

**FILED**
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I CONSENT TO THE ABOVE SUBSTITUTION.

Dated: 11\29\07

for Ellis M. Johnston
Federal Defender

ACCEPT THE ABOVE SUBSTITUTION.

Dated: 11/28/07

Eric Beaudikofer
Attorney at Law

IT SO BE ORDERED.

Dated: 11-29-07

Magistrate Judge