FILED

DEC 2 0 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )    Criminal No.07CR3440-DMS
                                        )
11                      Plaintiff,      )    **CONSENT TO RULE 11 PLEA IN A**
                                        )    **FELONY CASE BEFORE UNITED**
12   v.                                 )    **STATES MAGISTRATE JUDGE**
                                        )
13                                      )
                                        )
14   MIGUEL ANGEL RUIZ-MAGALLANES,      )
                                        )
15                      Defendant.      )

16
         I have been advised by my attorney and by the United States
17
     Magistrate Judge of my right to enter my plea in this case before
18
     a United States District Judge.  I hereby declare my intention to
19
     enter a plea of guilty in the above case, and I request and
20
     consent to have my plea taken by a United States Magistrate Judge
21
     pursuant to Rule 11 of the Federal Rules of Criminal Procedure.
22
         I understand that if my plea of guilty is taken by the
23
     United States Magistrate Judge, and the Magistrate Judge
24
     recommends that the plea be accepted, the assigned United States
25
     District Judge will then decide whether to accept or reject any
26
     plea agreement I may have with the United States and will
27
     adjudicate guilt and impose sentence.
28
         I further understand that any objections to the Magistrate

1 | Judge's findings and recommendation must be filed within 14 days

2 | of the entry of my guilty plea.

3

4

5 | Dated: <u>12/20/07</u>

Miguel Angel Ruiz-Magallanes

6 | Defendant

7

8

9 | Dated: <u>12/20/07</u>

Eric Beaudikofer

10 | Attorney for Defendant

11

12 |     The United States Attorney consents to have the plea in this

13 | case taken by a United States Magistrate Judge pursuant to

14 | Criminal Local Rule 11.2.

15

16

17 | Dated: <u>12/20/07</u>

John F. Weis

18 | Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28