LAW OFFICE OF ERIC BEAUDIKOFER
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TEL.: 760.353.9250
FAX: 760.353.0693

ATTORNEY FOR DEFENDANT

# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>Plaintiff,<br><br>vs.<br><br>Miguel Angel Ruiz Magallanes,<br>Defendant. | Case No.: 07-CR-03440-001-DMS<br><br>**DECLARATION** |

I, Eric Beaudikofer, hereby declare that am defense counsel herein, that I conferred with the Assistant U.S. Attorney identified above who agrees to the within joint motion to continue and has authorized me to signify such concurrence and that the proposed date and time was indicated to be appropriate by the court clerk, and that my client has executed an acknowledgment of his obligation to appear at the continued hearing date. The continuance will provide defendant an opportunity to challenge his state convictions.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on this date at El Centro, California.

Date: March 6, 2008                    /S/ Eric Beaudikofer
                                       Eric Beaudikofer

1
2  Dated: _____                    /S/  Eric Beaudikofer
3                                            Eric Beaudikofer
                                             Attorney for Defendant
4
5
6
   Dated:_____                     /S/ Caleb Mason
7                                            Caleb Mason
                                             Assistant U.S. Attorney
8                                            (By Eric Beaudikofer)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
LAW OFFICE OF ERIC BEAUDIKOFER
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TEL.: 760.353.9250
FAX: 760.353.0693
```

ATTORNEY FOR DEFENDANT

# UNITED STATE DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　　　Plaintiff,<br><br>vs.<br><br>Miguel Angel Ruiz Magallanes,<br>　　　　Defendant. | Case No.: 07-CR-03440-001-DMS<br><br>JOINT MOTION TO CONTINUE SENTENCING DATE |

　　　Defendant, Miguel Angel Ruiz Magallanes, by and through his attorney of record, Eric Beaudikofer, and the office of the United States Attorney, Southern District of California, through its duly designated assistant U.S. Attorney, Caleb Mason, jointly request that the sentencing hearing currently scheduled for March 7, 2008 be continued to May 2, 2008 at 9:00 am.

　　　This motion is made on the declaration and representation of defense counsel that he has authority to represent that the U.S. Attorney's Office concurs in the in the motion and has authorized him to signify his concurrence below, that the court clerk has determined the date to be convenient for the court, and that the defendant has executed an acknowledgment of his obligation to appear at the continued hearing, an electronic copy of which will be filed herewith.

Page 1 of 2

```
LAW OFFICE OF ERIC BEAUDIKOFER
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TEL.: 760.353.9250
FAX: 760.353.0693
```

ATTORNEY FOR DEFENDANT

# UNITED STATE DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>　　　Plaintiff,<br><br>vs.<br><br>Miguel Angel Ruiz Magallanes,<br>　　　Defendant. | Case No.: 07-CR-03440-001-DMS<br><br>**ORDER CONTINUING<br>HEARING DATE** |

The parties having made a joint motion to continue the sentencing hearing date herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing of March 2, 2008 be continued to May 2, 2008, at 9:00 am, in the above entitled court, the Hon. Dana M. Sabraw, presiding.

Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge

**LAW OFFICE OF ERIC BEAUDIKOFER**
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TELEPHONE: (760)353-9250
FAX: (760)353-0963

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No.07CR03440-DMS |
|---|---|
| Plaintiff, | Date: May 2, 2008<br>Time: 9:00 am |
| v. | Honorable Dana M. Sabraw |
| Miguel Angel Ruiz Magallanes | **CERTIFICATE OF SERVICE** |
| Defendant, | |

IT IS HEREBY CERTIFIED that:

I, Jessica K. Perez, am a citizen of United States over the age of 18 and a resident of Imperial County, California; my business address is 414 Vine Street El Centro, California 92243; I am not a party to the above-entitle action, I served the **Joint Motion to Continue Sentencing Date and Declaration**, on the following party, by electronically filing it with the Court's Electronic Case Filling system:

Caleb Mason
*Assistant US Attorney*

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 6, 2008

/s/ Jessica K Perez
Jessica K. Perez