LAW OFFICE OF ERIC BEAUDIKOFER
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TEL.: 760.353.9250
FAX: 760.353.0693

ATTORNEY FOR DEFENDANT

# UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| United States of America<br>Plaintiff,<br><br>vs.<br><br>Miguel Angel Ruiz Magallanes,<br>Defendant. | Case No.: 07-CR-03440-001-DMS<br><br>**ORDER CONTINUING<br>HEARING DATE** |
|---|---|

The parties having made a joint motion to continue the sentencing hearing date herein, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing of March 7, 2008 be continued to May 2, 2008, at 9:00 am, in the above entitled court, the Hon. Dana M. Sabraw, presiding.

Dated: 3-6-08

Honorable Dana M. Sabraw
U.S. District Judge