LAW OFFICE OF ERIC BEAUDIKOFER
ERIC BEAUDIKOFER, SBN: 56524
414 VINE STREET
EL CENTRO, CA 92243
TEL.: 760.353.9250
FAX: 760.353.0693

ATTORNEY FOR DEFENDANT

# UNITED STATE DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>   Plaintiff,<br><br>vs.<br><br>Miguel Angel Ruiz-Magallanes,<br>   Defendant.<br>_____ | Case No.: 07-CR-03440-001-DMS<br><br>ACKNOWLEDGMENT OF<br>OBLIGATION TO APPEAR AT<br>CONTINUED SENTENCING<br><br>Date: May 16, 2008<br>Time: 9:00 am<br>Dept.: Dana M. Sabraw |

   I, Miguel Angel Ruiz-Magallanes hereby acknowledge that my current sentencing date of May 2, 2008 has been continued at the request of my counsel to May 16, 2008 at 9:00 am. I understand I am obligated to appear on said date and time for my sentencing, and that all previous conditions of my release remain in full force and effect.


   I declare in the penalty perjury of the laws of the United States of America that the forgoing is true and correct.

   Executed at El Centro, California on the below date.


Dated:  April 18, 2008         /s/_____
                  Miguel Angel Ruiz-Magallanes