**LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
**414 VINE STREET**
**EL CENTRO, CA 92243**
**TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**

| | |
|---|---|
| **In the matter of:** ) | **Case No.: 07 CR 03440 001 DMS** |
| **United States of America,** ) | |
|         **Plaintiff,** ) | **PROOF OF SERVICE** |
| **vs.** ) | |
| **Miguel Angel Ruiz-Magallanes,** ) | |
|         **Defendant.** ) | |
| _____) | |

    IT IS HEREBY CERTIFIED THAT:

    I, **Ana G. Uribe**, hereby declare that I am a citizen of the United States over the age of eighteen years and a resident of Imperial County, California; my business address is 414 Vine Street, El Centro, CA 92243; I am not a party to the above-entitled action; and

    On **April 18, 2008** I mailed at El Centro, California, in the above-entitled action, in a prepaid stamped envelope addressed as indicated below, a copy of the following:

**1) Acknowledgment of Obligation to Appear at Continued Sentencing** addressed to:

        **Assistant U.S. Attorney**
        **Caleb Mason**
        **880 Front Street, Rm. 6293**
        **San Diego, CA 92101-8893**

the address at which counsel for the government is located herein.

    I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

    **Executed on this 18 of April of 2008.**

                                                       /s/ Ana G. Uribe