**LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
**414 VINE STREET**
**EL CENTRO, CA 92243**
**TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**

**ATTORNEY FOR DEFENDANT**
**MIGUEL ANGEL RUIZ-MAGALLANES**

UNITED STATE DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA ) </br> ) </br> Plaintiff, ) </br> ) </br> vs ) </br> ) </br> Miguel Angel RUIZ-MAGALLANES, ) </br> ) </br> Defendant. ) </br> ) </br> _____ ) | Case No. 07-CR-03440-001-DMS </br></br> **RELEVANT** </br> **DOCUMENTATION** </br></br></br></br></br> Date: July 11, 2008 </br> Time: 9:00 am </br> Dept.: Hon. Dana M. Sabraw |

**Attached hereto is Exhibit A, a copy of the Order After Hearing in Imperial County Superior Court Case No. CM-064360, People of the State of California v. Miguel Angel Ruiz-Magallanes, establishing that he is no longer disqualified from receiving Safety Valve considerations for having been convicted of a misdemeanor in this case (which resulted in an additional criminal history point and a Criminal History Category II). The**

**judgment was vacated and he plead to an amended charge, an infraction, which would now place him appropriately in Criminal History Category I.**

**June 12, 2008**                              /s//_____
                                                              **Eric Beaudikofer,
                                                               Attorney for Defendant**