Law Office of Eric Beaudikofer
Eric Beaudikofer, SBN: 56524
414 Vine Street
El Centro, CA 92243
Telephone: (760) 353-9250
Fax: (760) 353-0693

Attorney for Defendant

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## IN AND FOR THE COUNTY OF IMPERIAL

| | |
|---|---|
| The People of the State of California, <br><br> Plaintiff, <br><br> vs. <br><br> Miguel Angel RUIZ-MAGALLANES, <br><br> Defendant. | Case No.: CM-064360 <br><br> **ORDER AFTER HEARING RE: MOTION TO WITHDRAW GUILTY PLEA; VACATE JUDGMENT** <br><br> Date: June 10, 2008 <br> Time: 9:30 AM <br> Dept.: Calexico |

The matter having come to hearing on defendant's motion and parties each having presented their position herein, and the matter having been submitted, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

1. The motion to withdraw guilty plea and vacate judgment is granted.

2. The case is re-calendered for arraignment, pretrial and trial setting for this date.

3. People's motion to amend the complaint to add count 2, an alleged violation of CVC 12500, driving without a license in possession, as an infraction, is granted.

FILE COPY

1      4. Defendant's plea of guilty to count 3, a violation of CVC 12500, driving without a valid driving license in his possession, as an infraction, is accepted.

    5. People's motion to dismiss the remaining counts and charges is granted.

    6. Defendant is adjudged guilty of count 2, a violation of CVC 12500, an infraction, for which he is hereby fined $190.00, payable within 90 days hereof.

Dated: 6/11/08      Raymond Ayala Cota
                       Judge of Superior Court

    Approved as substantially conforming to the order of the court on the above date, time and place.

Dated: 6/11/08      /s/
                       Deputy District Attorney



THE FOREGOING IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN THIS OFFICE.
CLERK OF THE COURT
STATE OF CALIFORNIA
IMPERIAL COUNTY
JOSE ORGUILLEN
             DEPUTY