1 **LAW OFFICE OF ERIC BEAUDIKOFER**
**ERIC BEAUDIKOFER, SBN: 56524**
2 **414 VINE STREET**
**EL CENTRO, CA 92243**
3 **TELEPHONE: (760)353-9250**
**FAX: (760)353-0963**
4

5

6 In the matter of:                          )
                                             )   **Case No.: 07 CR 03440 001 DMS**
7 United States of America,                  )
                         Plaintiff,          )
                                             )   **PROOF OF SERVICE**
8 vs.                                        )
                                             )
9 Miguel Angel Ruiz-Magallanes,              )
                         Defendant.          )
10                                            )
11 _____)

12         IT IS HEREBY CERTIFIED THAT:

13         I, **Ana G. Uribe**, hereby declare that I am a citizen of the United States

14 over the age of eighteen years and a resident of Imperial County, California; my

15 business address is 414 Vine Street, El Centro, CA 92243; I am not a party to the

16 above-entitled action; and

17         On **June 13, 2008**  I mailed at El Centro, California, in the above-entitled

18 action, in a prepaid stamped envelope addressed as indicated below, a copy of

19 the following:

20 **1) Relevant Documentation**
**2) Exhibit A**
21
addressed to:
22
            **Assistant U.S. Attorney**
23          **Caleb Mason**
            **880 Front Street, Rm. 6293**
24          **San Diego, CA 92101-8893**

25
the address at which counsel for the government is located herein.
26
        I declare under penalty of perjury of the laws of the United States that the
27
foregoing is true and correct.
28
        **Executed on this 13 of June of 2008.**

                                        /s/ Ana G. Uribe
                                _____